IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CASE NO. CV408-259 |
| TRONOX PIGMENTS (SAVANNAH), INC., | ) | |
| Defendant. | ) | |

## O R D E R

Before the Court is the parties' Joint Motion to Stay Discovery Pending Settlement. (Doc. 18.) The parties have advised the Court that they have negotiated a settlement in this case and are finalizing a consent decree. However, the consent decree must be approved by both the Environmental Protection Agency and the Department of Justice. In addition, the consent decree must be subjected to public comment before it can be submitted to the Court for approval. Based on these requirements, the parties request that the discovery deadline be extended through July 30, 2010. After careful consideration, the parties' motion is **GRANTED**. Accordingly, the parties shall have until **July 30, 2010** to complete discovery. As a result, the deadline for filing motions is extended until **August 29, 2010**.

SO ORDERED this 30th day of June 2010.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA